UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | 8:09-cv-03862 (JSG) <br><br> ECF CASE |

### NOTICE OF SUBMISSION OF CONFIDENTIAL REPORT

PLEASE TAKE NOTICE that the Confidential Report of Injunction Monitor Joseph Ryan and Branding/Marketing Monitor Kevin Lane Keller has been submitted confidentially to the Court with copies thereof provided to the parties.

Dated: May 9, 2011

Respectfully submitted:

BAKER BOTTS L.L.P.

By:    /s/ Bryan H. Parr
     Bryan H. Parr (BP 6567)
     David G. Pommerening
      *pro hac vice application pending*
     1299 Pennsylvania Ave., NW
     Washington, D.C. 20004
     Tel:  (202) 639-7700
     Fax:  (202) 639-7890
     bryan.parr@bakerbotts.com
     david.pommerening@bakerbotts.com

*Attorneys for Injunction Monitor and Branding/Marketing Monitor*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of May 2011, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF CONFIDENTIAL REPORT was electronically filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      By:   /s/ Bryan H. Parr
           Bryan H. Parr (BP 6567)