UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | 8:09-cv-03862 (JSG) <br><br> ECF CASE |

## ORDER EXTENDING DEADLINE FOR FILING OF MONITORS' THIRD CONFIDENTIAL REPORT

Having considered the Joint Stipulation to Extend Deadline for Filing of Monitors' Third Confidential Report, the Court hereby orders that the Monitors' Third Confidential Report shall be filed on or before November 21, 2011.

Dated: 11/7/2011

The Honorable James S. Gwin
United States District Judge

1