UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,<br><br>       Plaintiff,<br><br>   - *against* -<br><br>HILTON HOTELS CORPORATION, ET AL.,<br><br>       Defendants. | 8:09-cv-03862 (JSG)<br><br>ECF CASE |

**NOTICE OF SUBMISSION OF FOURTH CONFIDENTIAL REPORT**

PLEASE TAKE NOTICE that the Fourth Confidential Report of Injunction Monitor Joseph Ryan and Branding/Marketing Monitor Kevin Lane Keller has been submitted confidentially to the Court with copies thereof provided to the parties.

Dated: February 6, 2012

             Respectfully submitted:

             BAKER BOTTS L.L.P.

             By:    /s/ Bryan H. Parr
               Bryan H. Parr (BP 6567)
               David G. Pommerening
               1299 Pennsylvania Ave., NW
               Washington, D.C. 20004
               Tel:  (202) 639-7700
               Fax:  (202) 639-7890
               bryan.parr@bakerbotts.com
               david.pommerening@bakerbotts.com

             *Attorneys for Injunction Monitor and*
             *Branding/Marketing Monitor*

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 6th day of February 2012, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF FOURTH CONFIDENTIAL REPORT was electronically filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


               By: /s/ Bryan H. Parr
                  Bryan H. Parr (BP 6567)