UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | 8:09-cv-03862 (JSG) <br><br> ECF CASE |

## [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING OF MONITORS' FIFTH CONFIDENTIAL REPORT

Having considered the Joint Stipulation To Extend Deadline for Filing of Monitors' Fifth Confidential Report, the Court hereby orders that the Monitors' Fifth Confidential Report shall be filed on or before May 21, 2012.

Dated: 5/7/2012

_____
The Honorable James S. Gwin
United States District Judge