**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> *- against -* <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

8:09-cv-03862 (JSG)

ECF CASE

<u>**NOTICE OF SUBMISSION OF FIFTH CONFIDENTIAL REPORT**</u>

PLEASE TAKE NOTICE that the Fifth Confidential Report of Injunction Monitor Joseph Ryan and Branding/Marketing Monitor Kevin Lane Keller has been submitted confidentially to the Court with copies thereof provided to the parties.

Dated: May 21, 2012

Respectfully submitted:

BAKER BOTTS L.L.P.

By:  ___/s/ Bryan H. Parr_____
    Bryan H. Parr (BP 6567)
    David G. Pommerening
    1299 Pennsylvania Ave., NW
    Washington, D.C. 20004
    Tel:   (202) 639-7700
    Fax:  (202) 639-7890
    bryan.parr@bakerbotts.com
    david.pommerening@bakerbotts.com

    *Attorneys for Injunction Monitor and*
    *Branding/Marketing Monitor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of May 2012, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF FIFTH CONFIDENTIAL REPORT was electronically filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:____/s/ Bryan H. Parr_____
       Bryan H. Parr (BP 6567)