Motion granted 8/3/12.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.,

                Plaintiff,

- against -

HILTON HOTELS CORPORATION, ET AL.,

                Defendants.

8:09-cv-03862 (JSG)

ECF CASE

## MOTION TO ADMIT DAVID POMMERENING *PRO HAC VICE*

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern and Eastern Districts of New York, I, Bryan H. Parr, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    David Pommerening
    Firm Name:    Baker Botts L.L.P.
    Address:    The Warner
                1299 Pennsylvania Avenue, NW
    City/State/Zip:    Washington, DC 20004-2400
    Phone Number:    (202) 639-1147
    Fax Number:    (202) 585-1012
    E-mail:    david.pommerening@bakerbotts.com

David Pommerening is a member in good standing of the bar in the District of Columbia and the State of New York.

1