Motion granted 8/3/12.
s/   James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., )
)
Plaintiff, )
)   8:09-cv-03862 (JSG)
- against - )
)   ECF CASE
HILTON HOTELS CORPORATION, ET AL., )
)
Defendants. )
)

### MOTION TO ADMIT RANDALL J. TURK *PRO HAC VICE*

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern and Eastern Districts of New York, I, Bryan H. Parr, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Randall J. Turk |
| Firm Name: | Baker Botts L.L.P. |
| Address: | The Warner |
| | 1299 Pennsylvania Avenue, NW |
| City/State/Zip: | Washington, DC 20004-2400 |
| Phone Number: | (202) 639-7733 |
| Fax Number: | (202) 585-1095 |
| E-mail: | randy.turk@bakerbotts.com |

Randall J. Turk is a member in good standing of the bar in the District of Columbia.

1