UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | 8:09-cv-03862 (JSG) <br><br> ECF CASE |

### NOTICE OF SUBMISSION OF SIXTH CONFIDENTIAL REPORT

PLEASE TAKE NOTICE that the Sixth Confidential Report of Injunction Monitor Joseph Ryan and Branding/Marketing Monitor Kevin Lane Keller has been submitted confidentially to the Court with copies thereof provided to the parties.

Dated: August 6, 2012

Respectfully submitted:

BAKER BOTTS L.L.P.

By: /s/ Bryan H. Parr
Bryan H. Parr (BP 6567)
David G. Pommerening
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Tel: (202) 639-7700
Fax: (202) 639-7890
bryan.parr@bakerbotts.com
david.pommerening@bakerbotts.com

*Attorneys for Injunction Monitor and Branding/Marketing Monitor*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of August 2012, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF SIXTH CONFIDENTIAL REPORT was electronically filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  By:   /s/ Bryan H. Parr
                                                                 Bryan H. Parr (BP 6567)