UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | 8:09-cv-03862 (JSG) <br><br> ECF CASE |

## [PROPOSED] ORDER REGARDING THE FILING OF THE MONITORS' FINAL CONFIDENTIAL REPORT

Having considered the Joint Stipulation Regarding the Filing of the Monitors' Final Confidential Report, the Court hereby orders that, for the sole and limited purpose of filing the Final Confidential Report; the Monitors' terms shall be extended until date of the filing of such a report or January 31, 2013, whichever comes first

Dated: October 9, 2012

So Ordered:

_____
The Honorable James S. Gwin
United States District Judge

1