**Stipulation approved 11/2/12; Monitors' Seventh Confidential Report to be filed by 11/8/12.**

*/s/ James Gwin*

JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,

        Plaintiff,

- against -

HILTON HOTELS CORPORATION, ET AL.,

        Defendants.

09-cv-03862 (JSG)

ECF CASE

## JOINT STIPULATION TO EXTEND DEADLINE FOR FILING OF MONITORS' SEVENTH CONFIDENTIAL REPORT

It is hereby stipulated by and between the Injunction Monitor, Joseph Ryan, the Branding/Marketing Monitor, Kevin Lane Keller (collectively, the "Monitors"), Plaintiff, Starwood Hotels & Resorts Worldwide, Inc., and Defendant, Hilton Hotels Corporation (the "Parties"), that:

1. The Monitors' Seventh Confidential Report to the Court is due on or before November 5, 2012, in accordance with the timeframe set forth in the Consent Permanent Injunction. *See* Consent Permanent Injunction §§ (p)(vii), (r)(iii).

2. Due to counsel's schedules and various disruptions arising in the past week, including due to the storm that struck the East Coast, the Monitors require additional time to prepare their Seventh Confidential Report.

1