UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., )<br>)<br>Plaintiff, )<br>)<br>- against - )<br>)<br>HILTON HOTELS CORPORATION, ET AL., )<br>)<br>Defendants. ) | 8:09-cv-03862 (JSG)<br><br>ECF CASE |

### NOTICE OF SUBMISSION OF SEVENTH CONFIDENTIAL REPORT

PLEASE TAKE NOTICE that the Seventh Confidential Report of Injunction Monitor Joseph Ryan and Branding/Marketing Monitor Kevin Lane Keller has been submitted confidentially to the Court with copies thereof provided to the parties.

Dated: November 8, 2012

Respectfully submitted:

BAKER BOTTS L.L.P.

By:   /s/ Bryan H. Parr
    Bryan H. Parr (BP 6567)
    David G. Pommerening
    1299 Pennsylvania Ave., NW
    Washington, D.C. 20004
    Tel:   (202) 639-7700
    Fax:  (202) 639-7890
    bryan.parr@bakerbotts.com
    david.pommerening@bakerbotts.com

*Attorneys for Injunction Monitor and Branding/Marketing Monitor*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of November 2012, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF SEVENTH CONFIDENTIAL REPORT was electronically filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    By: /s/ Bryan H. Parr
    Bryan H. Parr (BP 6567)