UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> HILTON HOTELS CORPORATION, ET AL., <br><br> Defendants. | 8:09-cv-03862 (JSG) <br><br> ECF CASE |

**NOTICE OF SUBMISSION OF EIGHTH CONFIDENTIAL REPORT**

PLEASE TAKE NOTICE that the Eighth Confidential Report of Injunction Monitor Joseph Ryan and Branding/Marketing Monitor Kevin Lane Keller has been submitted confidentially to the Court with copies thereof provided to the parties.

Dated: December 20, 2012

Respectfully submitted:

BAKER BOTTS L.L.P.

By:   /s/ Bryan H. Parr
       Bryan H. Parr (BP 6567)
       David G. Pommerening
       1299 Pennsylvania Ave., NW
       Washington, D.C. 20004
       Tel:  (202) 639-7700
       Fax:  (202) 639-7890
       bryan.parr@bakerbotts.com
       david.pommerening@bakerbotts.com

*Attorneys for Injunction Monitor and Branding/Marketing Monitor*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of December 2012, a true and correct copy of the foregoing NOTICE OF SUBMISSION OF EIGHTH CONFIDENTIAL REPORT was electronically filed with the Clerk of the Court, Southern District of New York, and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


      By: /s/ Bryan H. Parr
            Bryan H. Parr (BP 6567)