UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC.,

                *Plaintiff*,

  - *against* -

HILTON HOTELS CORPORATION N/K/A
HILTON WORLDWIDE, ROSS KLEIN AND
AMAR LALVANI,

                *Defendants*.

No. 09-cv-3862 (JSG) (ECF Case)

---

## [PROPOSED] ORDER OF DISMISSAL

WHEREAS, by Order dated February 16, 2011, this Court placed this Action on its suspense calendar pending implementation and compliance with the Permanent Injunction and related Orders entered contemporaneously in this Action; and

WHEREAS, the monitoring Ordered by this Court has been completed and the Court has not found any Defendant in non-compliance with the Permanent Injunction.

**IT IS HEREBY ORDERED:**

1.    The Action is dismissed in its entirety with prejudice, each party to bear its own costs, disbursements, expenses and attorneys' fees, except as otherwise stipulated in the Settlement Agreement.

2.    This Court maintains jurisdiction with respect to Defendants' continued compliance with the Permanent Injunction.

**SO ORDERED.**
Dated: 1/29, 2013

_____
Hon. James S. Gwin, U.S.D.J.